14-472

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CIVIL RIGHTS COMPLAINT**

Michael Anania,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Case No. 3:14-cv-00472
(To be supplied by the court)

University of Connecticut,
University of Connecticut
Police Department

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

**A. PARTIES**

1. Michael Anania (Plaintiff) is a citizen of Massachusetts (State) who presently resides at 637 Wareham Rd. Plymouth MA 02360 (mailing address).

2. Defendant University of Connecticut (name of first defendant) is a citizen of Connecticut (State) whose address is 352 Mansfield Rd. Unit 1048 Storrs, CT 06269, and who is employed as previously, University of Connecticut (title and place of employment).


Additional Parties:

3. Defendant University of Connecticut Police Department is a citizen of Connecticut whose address is 126 North Eagleville Road Storrs, CT 06269 and who is employed as the police department of the University of Connecticut.

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ____No. If your answer is "Yes," briefly explain: The University of Connecticut administration investigated, adjudicated claims against Plaintiff, banned him from campus using the University Police All under color of authority of State of Connecticut

3. Defendant University of Connecticut Police Dept. is a citizen of Connecticut
(name of second defendant) (State)

whose address is 126 North Eagleville Rd. Storrs, CT 06269

and who is employed as Police Department of University of Connecticut
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes X No. If your answer is "Yes," briefly explain:

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

X 42 U.S.C. § 1983 (applies to state defendants)

____ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Michael Anania was employed as a professor at UCONN. A student made a complaint about Anania, and UCONN investigated same. In doing so, UCONN threatened Anania in such a way that he was unable to defend himself or offer a meaningful defense and Anania lost his employment as a result. Additionally, Anania experienced embarassment and ridicule, loss of esteem in his community and was illegally banned from campus by the UCONN Police, who acted on behalf of UCONN administration.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** UCONN violated Anania's right to free speach when they told him he could speak to noone about the charges against him, and further by accusing him of retaliation for trying to offer a defense to the complaint against him by a student.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

UCONN explicitly told Anania that, while they investigated the allegations against him, he could not speak to any person about the charges, or else his speaking would be considered a retaliatory measure and he would be further punished. This prevented him from 1. offering any real defense and 2. using his speach freely - as his right to speak out about the charges is absolute.

**Claim II:** Anania's rights to free movement and against unreasonable restraint were violated by UCONN and the University of Connecticut Police Department who illegally served a "Notice of Trespass" on Anania.

Supporting Facts:

After Anania was effectively fired, the University of Connecticut administration had the UCONN Police Department issue Anania a "Notice of Trespass" which notice banned Anania from the UCONN campus. This happened after Anania had left the campus and without Anania making any sort of indication that he would ever return. The University of Connecticut is public property and Anania has not been convicted, or even accused, of a crime.

**Claim III:** UCONN Police Department violated Anania's due process rights by deviating from policy, making up an appeal process ad hoc, destroying evidence, and refusing to present all the evidence the UCONN police had against Anania

Supporting Facts:

Anania, with help of counsel, attempted to appeal the Notice of Trespass. The appeal process was obviously made up ad hoc and a tape recording of the appeal, conducted in the presence of two ranking UCONN police officers, which the officers said was "standard procedure". On the same day as the appeal meeting/hearing Anania's lawyer requested, via Freedom of Information Act, a copy of the audio recording only to be told it had been destroyed. UCONN and the UCONN Police Dept have also refused to comply with requests for public information by Anania/his lawyer.

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
X Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s): Michael Anania

Defendant(s): UCONN

b. Name and location of court and docket number CT Freedom of Information Comm'n. 18-20 Trinity St. Suite 100 Hartford, CT 06106

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
Still Pending

d. Issues raised: Refusal by UCONN and UCONN Police Department to produce, per FOIA, certain evidence and documents.

e. Approximate date of filing lawsuit: 11/21/2013

f. Approximate date of disposition: still pending

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

None

## F. REQUEST FOR RELIEF

I request the following relief:

Money damages, punitive damages, attorney's fees, costs.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes _____ No X

Original signature of attorney (if any)

Plaintiff's Original Signature

Joseph R. Sastre, Esq.
Printed Name

Michael Anavia
Printed Name

Law Office of Joseph R. Sastre LLC
67 Chestnut St, Bristol, CT 06010
(860) 261-5643
Attorney's full address and telephone

637 Wareham Rd.
Plymouth, MA 02360
(508) 295-0683
Plaintiff's full address and telephone

Joseph.Sastre@gmail.com
Email address if available

manavia1234@gmail.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 637 Wareham Rd MA Plymouth (location) on 4/01/2014 (date).

Plaintiff's Original Signature

(Rev. 9/22/09)