UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL ANANIA | : | CIVIL NO. 3:14-CV-00472(JAM) |
|    Plaintiff | : | |
| | : | |
|    v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, and | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| POLICE DEPARTMENT | : | |
|    Defendants | : | JUNE 15, 2015 |

## WITHDRAWAL

The Plaintiff hereby withdraws its action as to all remaining defendants.

 

PLAINTIFF,

MICHAEL ANANIA

By:   __s/ Joseph R. Sastre____
Joseph Sastre
Federal Bar No. ct 28621
The Law Office of
Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
Tel: 860 261-5643
Fax: 860 261-5786
E-mail: joseph.sastre@gmail.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically on June 16, 2015. Notice of this filing was sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/ Joseph R. Sastre____
Joseph R. Sastre
Attorney for Plaintiff