UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL ANANIA | : | CIVIL NO. 3:14-CV-00472(JAM) |
|    Plaintiff | : | |
| | : | |
|    v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, and | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| POLICE DEPARTMENT | : | |
|    Defendants | : | JULY 1, 2015 |

**MOTION FOR ORDER**

The Plaintiff makes this motion to ask that the Court order a return of the $500.00 it deposited on or about June 20, 2014. The case has recently been withdrawn against all defendants, without costs being assessed to any party, and the address of the Plaintiff's attorney has changed recently. WHEREFORE, the Plaintiff moves that the Court direct the clerk to refund the Plaintiff by sending a check to: The Law Office of Joseph R. Sastre at 67 Chestnut Street Bristol, CT 06010.

PLAINTIFF,

MICHAEL ANANIA

By:  __s/ Joseph R. Sastre___
Joseph Sastre
Federal Bar No. ct 28621
The Law Office of
Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
Tel: 860 261-5643
Fax: 860 261-5786
E-mail: joseph.sastre@gmail.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically on July 1, 2015. Notice of this filing was sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/ Joseph R. Sastre___
Joseph R. Sastre
Attorney for Plaintiff