The Law Office of Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
Telephone: 860 261-5643
joseph.sastre@gmail.com

June 20, 2014

Clerk of Court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

RE: payment for security of costs; Anania v. UCONN 3:14-CV-00472(JAM)

Dear Mr. Clerk,

      Enclosed is a check for the payment of costs in the above referenced case, pursuant to our conversation this morning when you informed me that this payment cannot be made through the CM/ECF system. Thank you.

Very truly yours,

*[signature]*

Joseph R. Sastre

---

**LAW OFFICE OF JOSEPH R. SASTRE, LLC**
**JOSEPH R. SASTRE**                                                          361

                                                                    51-7218/2211
                                                                       B0112

DATE 6/20/14

PAY TO THE ORDER OF: United States District Court, District of Connecticut     $ 500.00

Five Hundred ———————————————————— DOLLARS

People's United Bank
peoples.com

FOR: Anania v. UCONN 3:14 CV 00472
Security of Costs